

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA, )
)
           Plaintiff, )
)
vs. )  CASE NUMBER 19-CR-30005-NJR
)
)
QUAYSHAUN VALENTINE, )  Title 18, United States Code
)  Section 1951; 21 United States Code
           Defendant. )  Section 841(a)

### INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### INTERFERENCE WITH COMMERCE BY ROBBERY

On or about the 17th of June 2018, in Madison County, Illinois, within the Southern District of Illinois,

**QUAYSHAUN VALENTINE,**

defendant herein, did unlawfully take and obtain personal property consisting of prescription medication from the person or presence of the employee of CVS, a business that engages in interstate commerce, and the taking was against the employee's will by means of actual and threatened force, violence, while armed with a black semi-automatic handgun, and fear of injury to the employee.

All in violation of Title 18, United States Code, Section 1951.

## COUNT 2
## POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DELIVER

On or about 17th of June, 2018, in Madison County within the Southern District of Illinois, the defendant,

**QUAYSHAUN VALENTINE**

Defendant herein, knowingly and intentionally possessed with intent to distribute oxycodone, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

A TRUE BILL

*/s/ Jennifer Hudson*
JENNIFER HUDSON
Assistant United States Attorney

*/s/ Steven Weinhoeft*
STEVEN WEINHOEFT
United States Attorney

Recommended Bond: Detention